IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEKSANDAR RANDJELOVIC,<br>a/k/a Sal Randjelovic,<br>a/k/a Aleksander Lune Randjelovi.,<br><br>　　　　　Defendant. | CASE NO. 2:23-CV-02490-KJN<br><br>ORDER |

The Court, having considered the Parties' Joint Motion to Extend the Deadline for Defendant to answer Plaintiff's complaint, hereby grants the Parties' Joint Motion. The Defendant shall file his answer by February 19, 2024.

Dated: January 26, 2024

rand.2490

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1