UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEKSANDAR RANDJELOVIC,<br>a/k/a Sal Randjelovic,<br><br>Defendants. | Case No. 2:23-cv-02490-KJN<br><br>**ORDER ON JOINT MOTION TO AMEND COMPLAINT** |

Having read and considered the Joint Motion to Amend the Complaint submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the alias "Aleksander Lune Randjelovic" is stricken from the Complaint's title.

Dated: February 7, 2024

rand.2490

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1